UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff(s),

    v.                                    Case No. 1:05cr037

                                                  (Judge Michael H. Watson)

Patrick Kisor,

    Defendant(s).

**REVISED RESTITUTION & VICTIM ORDER**

As stated on the record during Defendant's August 25, 2005, The United States Probation Office will provide a revised restitution and victim list within ninety (90) days of sentencing. Below is the revised restitution and victim list provided by the United States Probation Office:

| Name and Address | Amount |
|---|---|
| Terry Gordon<br>2523 Manchester Street<br>Troy, Michigan 48098-2146 | $ 37,100.00 |
| Andre Turner<br>5943 Woodmont<br>Cincinnati, Ohio 45213 | $ 25,000.00 |
| Albert Venosa<br>7307 Pinehurst Drive<br>Cincinnati, Ohio 45244 | $ 50,000.00 |
| David and Yvonne Cooper<br>2627 Grandin Road<br>Cincinnati, Ohio 45208 | $ 1,000,000.00 |

| Name and Address | Amount |
|---|---|
| Ingrid Wang<br>12324 Ridge Circle<br>Los Angeles, California 90049 | $ 300,000.00 |
| Dr. Darrell Williams<br>933 26th Street Northwest<br>Minot, North Dakota 58703 | $ 250,000.00 |
| Elyse Turba<br>5400 Windridge Court<br>Cincinnati, Ohio 45242 | $ 619,288.30 |
| Gary Coffman<br>4736 Rt. 152<br>Lavalette, WV 25535 | $ 32,000.00 |
| Paul O'Neill<br>7785 Hartford Hill Lane<br>Cincinnati, Ohio 45242 | $ 10,000.00 |
| Dr. David Klein<br>2533 Western Row Road<br>Maineville, Ohio 45039 | $ 167,051.09 |
| Thomas Kessler<br>35 Royal Troon<br>Springboro, Ohio 45066 | $ 50,000.00 |
| Michelle Zeidner<br>733 Ashley Lane<br>Orlando, Florida 32825 | $ 28,836.00 |
| Ronald and Susanne Raynes<br>9902 Walnut Ridge<br>Cincinnati, Ohio 45242 | $ 4,200.000 |
| Pat Callahan<br>2708 Arrowhead Trails<br>Loveland, Ohio 45140 | $ 1,000.00 |
| David Dutill<br>4818 Glenway Avenue<br>Cincinnati, Ohio | $ 1,100.00 |
| Jobie A. Patrick<br>4099 St. Andrews<br>Michigan 48843 | $ 7,420.00 |
| Lyle M. Pushman<br>5540 Whitehaven Drive<br>Troy, Michigan 48098 | $ 52,483.89 |

| Name and Address | Amount |
|---|---|
| Jack Miner II<br>6454 Mission Court<br>West Bloomfield, Michigan 48324 | $ 41,200.55 |
| Michael List<br>1246 Twin Oaks Lane<br>Loveland, Ohio 45140 | $ 12,750.00 |
| Gary F. Roby<br>28407 Wentworth<br>Livonia, Michigan 48154 | $ 74,200.00 |
| Larry A. Matheson<br>23716 Talbot Street<br>St. Clair Shores, Michigan 48082 | $ 23,546.91 |
| Doug Chapple<br>1990 Oak Pointe Drive<br>Rochester Hills, Michigan 48306 | $ 74,200.00 |
| John J. And Ann E. Hern<br>15345 Windmill Pte. Drive<br>Grosse Pointe Park, MI 48230 | $ 73,990.00 |
| Walter L. Everett, M.D.<br>19432 E. Chanticleer<br>Southfield, MI 48034 | $ 354,783.00 |
| Wayne K. Saari<br>36757 Marler<br>Livonia, Michigan 48154 | $ 52,642.12 |
| Neil Vonfeldt<br>1703 PGA Blvd.<br>Melbourne, Florida 32935 | $ 92,053.04 |
| John and Joanne DiGiuseppe<br>12020 Congress<br>Shelby Twp., Michigan 48315 | $ 37,100.00 |
| Michael Baratta<br>2515 Amberly<br>Bloomfield Hills, MI 48301 | $ 35,790.08 |
| Michelle Baratta<br>2515 Amberly<br>Bloomfield Hills, MI 48301 | $ 24,138.49 |
| John Michael Stagge<br>4251 Placepointe Dr.<br>Mason, Ohio 45040 | $ 10,000.00 |

| | |
|---|---|
| Christopher G. Saari<br>39522 Squire<br>Novi, MI  48375 | $     28,860.00 |
| Robert E. Eggenberger<br>3466 Bloomfield Club Drive<br>Bloomfield Hills, MI  48301 | $   197,554.84 |
| Robert E. Eggenberger<br>3466 Bloomfield Club Drive<br>Bloomfield Hills, MI  48301 | $     33,370.75 |
| Valeri D. Vitale<br>39455 Westminister Circle<br>Novi, MI  48375 | $     64,265.92 |
| Jack D. Burket<br>1011 N. Glenhurst<br>Birmingham, MI  48009 | $   425,200.13 |
| Larry Hamm<br>708 McCormick Lane<br>Cincinnati, Ohio  45245 | $     28,171.20 |
| Linda R. Pushman<br>5540 Whitehaven Drive<br>Troy, MI  48085 | $   148,010.45 |
| Wayne K. Saari Trust<br>36757 Marler<br>Livonia, MI  48154 | $     35,616.00 |
| Curtis Nolan Callahan<br>14212 Lyons Street<br>Livonia, MI  48154-4632 | $     31,535.00 |
| N. David Eansor<br>3085 Emerald Valley Road<br>Elliott City, MD  21042 | $   341,320.00 |
| Sharon Uhles<br>51329 Northview<br>Plymouth, MI 48170 | $     97,356.80 |
| Errol J. Stern<br>3032 Burning Tree Lane<br>Hamilton, Ohio 45237-1719 | $   250,000.00 |
| Thomas and Sandra Vogel<br>608 Deer Run Trail<br>Lebanon, Ohio | $     76,000.00 |

| Name and Address of Victim | Amount of Restitution |
|---|---|
| Evelyn M. Vogel<br>403 Clippinger Court<br>Lebanon, Ohio 45036 | $ 90,000.00 |
| Jennifer Adams<br>18840 Devonshire<br>Beverly Hills, MI 48025 | $ 148,400.00 |
| Peter E. Johnson<br>18860 Medford<br>Beverly Hills, MI 48025 | $ 102,805.88 |
| Debbie Chitwood<br>34743 Pembroke<br>Livonia, MI 48152 | $ 43,983.12 |
| William Jarvis<br>49557 Compass Point Drive<br>Chesterfield, MI 48047-4352 | $ 302,000.00 |
| Phillip E. Church<br>1562 Ashover Circle<br>Bloomfield, MI 48304 | $ 56,317.80 |
| Deborah Hanson<br>39770 Hillary Dr.<br>Canton, MI 48187 | $ 52,676.83 |
| Ronald R. Matheson<br>53340 Beechwood Drive<br>Shelby Township, MI 48316 | $ 897,202.27 |
| James C. Voss<br>#3, The Oaks<br>Bloomfield Hills, MI 48301 | $ 130,000.00 |
| Edward M. Prokopp, DDS<br>26031 Salem<br>Huntginton Woods, MI 48070 | $ 28,562.90 |
| Edward M. Prokopp, DDS<br>26031 Salem<br>Huntginton Woods, MI 48070 | $ 66,800.00 |
| Brent & Debbie Chitwood<br>34743 Pembroke<br>Livonia, MI 48152 | $ 48,230.00 |
| Janet Rebone<br>6026 James Head Ct.<br>West Bloomfield, MI 48324 | $ 135,180.38 |

| Name and Address of Victim: | |
|---|---|
| George V. Dussich<br>2530 S530 Sykes Creek Drive<br>Merritt Island, Brevard, FL  32953 | $  133,200.00 |
| Mike Ludzack<br>3125 Vineyard Court<br>Maineville, Ohio  45039 | $      3,500.00 |
| Donald Lemire, Jr. DDS<br>175 Topuga A Drive<br>Bonita Springs, Florida  34134 | $    52,000.00 |
| David Schneider<br>4850 Drake Road<br>Cincinnati, Ohio  45243 | $  400,000.00 |
| John McLaughlin<br>P.O. Box 1748<br>570 Pierce Street<br>Birmingham, MI  48012-1748 | $  371,000.00 |
| Joseph Berry<br>15384 Williams Street<br>Livonia, MI 48154-1844 | $    74,000.00 |
| Nicholas Kroehner<br>8065 Hopkins Road<br>Maineville, Ohio  45039 | $  160,000.00 |
| Laura Hedeen<br>5 Fairlake Lane<br>Gross Point Shores, MI 48236-4102 | $    74,200.00 |
| Carl Hedeen<br>5 Fairlake Lane<br>Gross Point Shores, MI  48236-4102 | $    74,200.00 |
| Donald Hedeen<br>831 Jonathan Lane<br>Bloomfield Hills, MI  48302-2916 | $    74,200.00 |
| Pamela Munro<br>3559 Ellwood<br>Berkley, MI  48072-3119 | $    32,000.00 |
| Beverly Benczik<br>217 Pleasant St.<br>Romeo, MI 48065-5176 | $    50,213.90 |
| Steve Brinn, M.D.<br>10468 Hopewell Hills Drive<br>Cincinnati, Ohio 45249 | $  100,000.00 |

| Name and Address of Victim | Amount of Restitution |
|---|---|
| Barbara Mackenzie<br>1131 Campbell Avenue<br>New Carlisle, Ohio  45344-2835 | $ 3,000.00 |
| Herbert Elfring, Jr.<br>21671 Shadybrook<br>Novi, MI  48375-5148 | $ 474,442.06 |
| **SUBTOTAL** | $ 9,477,249.70 |

| | |
|---|---|
| Michael Buchard<br>2417 Clement Ave.<br>Venice, CA 90291 | $ 210,689.64 |
| Cheryl Cargill-Oslund<br>16175 Pine Ridge Drive, North<br>Fraser, MI 48026 | $ 116,080.71 |
| William Cliff<br>39572 Stevenson Place #121<br>Fremont CA 94539 | $ 70,295.60 |
| Ronald Cutler<br>4570 S. Lake Dr.<br>Boynton Beach, FL 33436 | $ 146,226.68 |
| Carol Cutler Trust<br>4570 S. Lake Dr.<br>Boynton Beach, FL 33436 | $ 198,271.30 |
| Michael Distefano<br>332 Hermitage St.<br>Philadelphia, PA 19128 | $ 37,100.00 |
| Herman Drazick Trust<br>10411 SE Terrapin Place #207C<br>Tequesta, FL 33469 | $ 148,400.00 |
| David Farough<br>8738 County Rd. 571 NE<br>Mancelona, MI 49659 | $ 23,944.34 |
| Jerald Farough<br>8738 County Rd. 571 NE<br>Mancelona, MI 49659 | $ 60,398.06 |

| | |
|---|---|
| David Farough Trust<br>8738 County Rd. 571 NE<br>Mancelona, MI 49659 | $ 77,971.59 |
| James and Valerie Felter<br>5733 Meyer Ave.<br>New Market, MD 21744 | $ 37,100.00 |
| Marion Felter<br>107 Riverview Dr.<br>Asheville, NC 28806 | $ 37,100.00 |
| Thomas Frederick<br>35520 Collingwood Dr.<br>Sterling Heights, MI 48312 | $ 129,850.00 |
| Timothy Frederick<br>895 Norchester<br>South Lyon, MI 48178 | $ 74,200.00 |
| Jillane Giesin<br>2485 Centennial Lane<br>Ann Arbor, MI 48103 | $ 78,652.00 |
| Stephen Gronkiewicz<br>54831 Cambridge<br>Shelby Twp., MI 48315 | $ 17,511.20 |
| Phillip and Barbara Hernandez<br>30698 North River Rd.<br>Harrison Township, MI | $ 37,100.00 |
| Joseph Howell<br>41141 Five Mile Rd.<br>Plymouth, MI 48170 | $ 26,979.12 |
| Margaret Howell<br>41141 Five Mile Rd.<br>Plymouth, MI 48170 | $ 74,200.00 |
| Dennis Howell Trust<br>16659 Brooklane Blvd.<br>Northville, MI 48167 | $ 60,424.03 |
| Joseph Howell Trust<br>41141 Five Mile Rd.<br>Plymouth, MI 48170 | $ 49,621.25 |
| Daniel Hucul<br>48674 Harbor Dr.<br>New Baltimore, MI 48047 | $ 446,262.54 |

| | |
|---|---|
| Daniel Hucul Trust<br>48674 Harbor Dr.<br>New Baltimore, MI 48047 | $ 979,360.70 |
| Joel Kahn<br>2935 Long Ridge Ct.<br>West Bloomfield, MI 48323 | $ UNKNOWN |
| Susan Lindquist Trust<br>20343 Nicol Creek Dr.<br>Macomb Twp., MI 48044 | $ 704,900.00 |
| Rita LoGrasso<br>57806 Grey Fox Glen<br>Washington Twp., MI 48094 | $ 42,294.00 |
| Craig Matheson<br>35559 Brooke Ct.<br>New Baltimore, MI 48047 | $ 79,662.60 |
| Mark Matheson<br>18167 Denali Dr.<br>Macomb, MI 48042 | $ 79,657.88 |
| Kevin Mayrand<br>600 Akehurst Lane<br>White Lake, MI 48386 | $ 216,725.59 |
| Kevin and Jill Mayrand<br>600 Akehurst Lane<br>White Lake, MI 48386 | $ 74,200.00 |
| John McKinney<br>25101 Clark Rd.<br>New Boston, MI 48164 | $ 108,665.16 |
| Dennis Meidinger<br>6532 Fairway Ave. SE<br>Snoqualmie, WA 98065 | $ 37,100.00 |
| William Moggio<br>2536 Benedict Lane<br>Shelby Twp., MI 48316 | $ 188,468.00 |
| William Moggio/Scottrade<br>2536 Benedict Lane<br>Shelby Twp., MI 48316 | $ 33,978.41 |
| Laurence Mohn<br>7370 E. Greenwich Dr.<br>Bloomfield Hills, MI 48301 | $ 59,848.24 |

| | |
|---|---|
| Kathryn Mohn Trust<br>7370 E. Greenwich Dr.<br>Bloomfield Hills, MI 48301 | $   248,570.00 |
| Laurence Mohn Trust<br>7370 E. Greenwich Dr.<br>Bloomfield Hills, MI 48301 | $   111,300.00 |
| Stephen Morris<br>9565 Colony Farm Dr.<br>Plymouth, MI 48170 | $   74,200.00 |
| Frances Piccinini<br>48121 Village Dr.<br>Macomb Twp., MI 48044 | $   74,200.00 |
| Jeffrey Pierce<br>1819 E. Big Beaver, Ste. 210<br>Troy, MI 48083 | $   131,334.00 |
| Keith Pierce<br>18155 Penninsula Way<br>Northville, MI 48167 | $   UNKNOWN |
| Lawrence Rose IRA<br>3164 Ridgeway Rd.<br>Kettering, OH 45419 | $   67,381.02 |
| Dr. Nicholay Tchopev<br>1290 Grandview Dr.<br>Rochester Hills, MI 48306 | $   9,942.80 |
| Lisa Wiegand<br>18059 Fox Pointe Dr.<br>Clinton Twp., MI 48038 | $   209,222.48 |
| **SUBTOTAL** | **$   5,689,388.94** |
| **TOTAL OF BOTH LISTS** | **$   15,166,638.60** |

IT IS SO ORDERED.

*[signature: M H Watson]*

Michael H. Watson
United States District Judge

bac    November 28, 2005