# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,

    Plaintiff(s),

    v.

Patrick Kisor,

    Defendant(s).

Case No. 1:05cr037

(Judge Michael H. Watson)

## REVISED RESTITUTION & VICTIM ORDER

As stated on the record during Defendant's August 25, 2005, sentencing proceeding, the United States Probation Office will provide a revised restitution and victim list within ninety (90) days of sentencing. Although the Court has issued a final restitution and victim list on December 1, 2005, below is an additional listing provided by the United States Probation Office:

| Name and Address of Victim: | Amount of Restitution |
|---|---|
| Bruce R. Blum<br>8520 St. Ives Place<br>Cincinnati, Ohio 45255 | $ 150,000.00 |

IT IS SO ORDERED.

*/s/ Michael H. Watson*
Michael H. Watson
United States District Judge

bac    December 9, 2005